# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TOMMIE CASTREJON, | Case No. EDCV 13-1254 DOC (AJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| STANLEY SNIFF, et al., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions of the Report to which objection was made.

**IT IS SO ORDERED**.

DATED: October 27, 2014

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge