UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| TOMMIE CASTREJON, | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. EDCV 13-1254 DOC (AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY SNIFF, et al., | ) | **ORDER ACCEPTING REPORT** |
| | ) | **AND RECOMMENDATION OF** |
| **Defendants.** | ) | **MAGISTRATE JUDGE** |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: ___June 5,_____, 2017

_David O. Carter_

David O. Carter
United States District Judge