JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TOMMIE CASTREJON, | |
|     Plaintiff, | Case No. EDCV 13-01254 DOC (AJW) |
|     v. | |
| STANLEY SNIFF, et al., | JUDGMENT |
|     Defendants. | |

It is hereby adjudged that defendants' motion for summary judgment is granted, and this action is dismissed without prejudice for failure to exhaust.

Dated: June 5, 2017

_/s/ David O. Carter_
David O. Carter
United States District Judge